IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XAVIER FLORES,

    Plaintiff,

v.

NYS DEPARTMENT OF LABOR,

    Defendant.

JUDGMENT IN A CIVIL CASE

13-cv-156-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 3/28/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |